# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2493

_____

Rohit Kumar

*Plaintiff - Appellant*

v.

William P. Barr, Attorney General of United States (Matthew G. Whittaker named
on original complaint); Joseph P. Kelly; Jessie K. Liu

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: December 17, 2019
Filed: December 20, 2019
[Unpublished]

_____

Before STRAS, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

Rohit Kumar appeals the district court's[1] dismissal of his pro se action against several federal actors.  After careful de novo review, we conclude that the district court did not err in dismissing the case.  See Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

—————————————————

[1]The Honorable John M. Gerrard, Chief Judge, United States District Court for the District of Nebraska.